

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EDWIN ZAYAS, Individually and on Behalf
of All Others Similarly Situated,

                                        Plaintiff,

                    -against-                                          Index No.: 1:16-cv-9307-LAP

246-18 REALTY, LLC, WESTVILLE
RESTAURANTS, INC., and HURRICANE
STRAUSS, INC.

                                        Defendants.

-------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

         IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that

whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and

no person not a party has an interest in the subject matter of the action, the parties have reached a resolution

of this matter and that the above entitled action be, and the same hereby is discontinued without prejudice

as against Defendants identified in the caption above. This Stipulation may be electronically filed on the

Court's ECF system.

James E. Bahamonde, Esq.                          Joseph J. DiPalma
Law Offices of James E. Bahamonde, P.C.          JACKSON LEWIS P.C.
2501 Jody Court                                  *Attorneys for Defendant*
North Bellmore, New York 11710                   44 South Broadway, 14th Floor
Tel.: (646) 290-8528                             White Plains, New York 10601
                                                 Tel: (914) 872-6920
                                                 Fax: (914) 946-1216

By: _____                    By: _____
    James E. Bahamonde, Esq.                          Joseph J. DiPalma, Esq.

Dated: January 1, 2018                           Dated: January 25, 2018

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska* 2/2/18
_____
LORETTA A. PRESKA, U.S.D.J.